Opinion issued July 7, 2010.

 

 

 

 

 



 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-05-01142-CR

____________

 

 BOBBY
VILLARREAL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 

 



On Appeal from the 263rd District Court

Harris County, Texas

Trial Court Cause No. 999776

 

 



MEMORANDUM  OPINION

          Appellant
has filed a motion to withdraw the above-referenced appeal.  The motion complies with the Texas Rules of
Appellate Procedure.  See Tex. R. App. P. 42.2(a).

          We
have not yet issued a decision. 
Accordingly, the motion is granted, and the appeal is dismissed.


          The
Clerk of this Court is directed to issue the mandate within 10 days of the date
of this memorandum opinion.  See Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Alcala,
and Massengale.

Do not publish.  See Tex.
R. App. P. 47.2(b).